No. 80–980.   MICHIENZI ET UX. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 80–966.   SMITH *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER.   C. A. 9th Cir.   Certiorari denied.

No. 80–1154.   HAYWARD ET AL. *v.* PROCUNIER ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 80–1176.   BLOCK *v.* ARKANSAS.   Sup. Ct. Ark.   Certiorari denied.

No. 80–1244.   ALESSI *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 80–1248.   BRIGUGLIO *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 80–1262.   SUPREME OPTICAL CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 6th Cir.   Certiorari denied.

No. 80–1286.   F. W. WOOLWORTH CO. *v.* FELL ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 80–1295.   CORNET STORES ET AL. *v.* BUCHANAN ET AL. C. A. 9th Cir.   Certiorari denied.

No. 80–1296.   SOUTHERN CALIFORNIA FINANCIAL CORP. *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 80–1310.   TRANSWESTERN PIPELINE CO. *v.* FEDERAL ENERGY REGULATORY COMMISSION.   C. A. 5th Cir.   Certiorari denied.